# FIRST AMENDED CHAPTER 13 PLAN

Case No.: 08-70384-CMS-13

Debtor(s): **Robert Childs**    SS#: **xxx-xx-3337**    Net Monthly Earnings: **3,792.83**

          **Billie Childs**    SS#: **xxx-xx-6588**    Number of Dependents: **3**

1. Plan Payments:

( **X** ) Payroll deduction Order: To **Precoat Metals Div. of Sequa Corp., 1310 Papin St., Blanke Bldg., St. Louis, MO 63103** for $ **300.00** ☒ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

Length of plan is approximately **60** months, and the total amount of debt, exclusive of continuing mortgage payments to be distributed by the Trustee, is approximately $ **24,720.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise: **NONE**

B. Total Attorney Fee: $ **2,500.00** ; $**0.00** paid pre-petition; $ **2,000.00** to be paid at confirmation and $ **50.00** per month for **10 months.**

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| America's Servicing Company as | $64,000.00 | ☒ by Trustee $748.09 | April 2008* | $13,760.86** | 16 | 0.00% | $250.20 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Ford Motor Credit Company | $0.00 | $5,665.42 | $6,550.00 | $0.00 | 2000 Ford Expedition | 8.00% | $123.38 | Post-Confirmation |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| Dunn's Wholesale Autos | $5,000.00 | $300.00 | 2000 Chevrolet Malibu | Best Interest |

IV. Special Provisions: ☒ This is an AMENDED plan, replacing plan dated February 27, 2008. ☒ This plan proposes to pay unsecured creditors **100** %.

☒ Other Provisions:
1. Debtors reserve the right to amend this plan to add post-petition mortgage arrearage. Debtors propose to pay their post-petition mortgage payments as continuing payments to be remitted by the Trustee from plan payments paid by the debtors. Debtors propose to pay direct the March 2008 mortgage payment, with continuing mortgage payments to commence April 2008. Debtors dispute the amount of mortgage arrearage claimed by America's Servicing Company.
2. On any claim not listed on the Plan Summary, other than an arrearage claim for a post-1994 mortgage, that is later determined to be a secured claim, the Debtor(s) propose(s) that interest at the annual percentage rate of 8% be paid on the secured portion of said claim and that said claim will receive a fixed payment based on an amortization over the length of the plan.
3. Debtor(s) propose(s) to remit to the Standing Chapter 13 Trustee all non-exempt proceeds from any lawsuit or cause of action.
4. Debtor(s) propose(s) no adequate protection payment on any over-secured claim or to any claimant that fails to file an allowed secured claim prior to confirmation of this or any amended plan. On all claims entitled to receive an adequate protection payment, said payment shall constitute one percent (1%) of the collateral's fair market value as of the commencement of this case. Adequate protection payments shall be remitted monthly until such time as this plan of reorganization has been confirmed.
5. Debtor(s) will continue to pay pre-petition and post-petition utility service debt (specifically including Alabama Power Electric Service Debt) in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under Sec. 366 of the United States Bankruptcy Code. Debtor(s) acknowledge(s) that the automatic stay does not bar the efforts of any utility service company (specifically including Alabama Power) to collect pre-petition and post-petition utility service debt.
6. Pursuant to 11 U.S.C. Sec. 1306, this plan otherwise provides that all property of the estate shall remain property of the estate until a Discharge Order is entered, at which time all property shall revert back to and vest in the debtors.

Name/Address/Telephone/Attorney for Debtor (s)
Marshall A. Entelisano ENT001
600 Lurleen Wallace Blvd.
Suite 270
Tuscaloosa, AL 35401
Telephone # 2057521202

Date **February 29, 2008**

Signature of Debtor

Signature of Joint Debtor

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via email/CM-ECF on C. David Cottingham, Trustee, and all creditors or counsel of record that have elected to receive electronic notice; and on all other creditors by depositing a copy of the same in the U.S. Mail, properly addressed and first-class postage prepaid this the 29th day of February, 2008.

/s/Marshall A. Entelisano
Marshall A. Entelisano, P.C.
Marshall A. Entelisano (ENT001)
Attorney for Debtor(s)